## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

                                                   **Case No: 20-11783 PGH**

**DIANNE P. RAMLAL**                              **Chapter 13**
      **Debtor,**

## DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY PURSUANT TO 11 USC 362 ( c)(3)(A)

Pursuant to 11 U.S.C. § 362(c)(3) and 11 U.S.C. § 105, the Debtor requests an order extending the automatic stay as to any and all creditors, and makes the following representations in support of this request:

1. The Debtor previously filed a petition under Chapter 13 of the Bankruptcy Code on March 6, 2018, Case No.: 18-12566 JKO, which was dismissed on December 11, 2019 for failure to remain current under the confirmed plan, DE# 64.

2. In the prior case, the Debtor was attempting to cure and maintain her homestead property and was successful until she and her spouse lost their jobs.

3. Both the Debtor and the non filing spouse have obtained new employment with sufficient income to fund a chapter 13 plan in good faith.

4. The Debtor wishes to once again cure and maintain her homestead property, as well as make payments to her unsecured creditors.

5. She is financially able to make the requisite payments as of month one, in order for her to save her homestead property.

5. Therefore, it is appropriate under these circumstances for the Court to enter an Order extending the automatic stay as to any and all creditors.

WHEREFORE the Debtor, Dianne P. Ramlal, respectfully requests the entry of an Order

Extending the Automatic Stay as to any and all creditors, pursuant to 11 U. S. C. § 362(c)(3)(B),

and 11 U.S.C. §105 of the Bankruptcy Code, and for any other relief that this Court deems just

and proper.

Respectfully submitted on this 11th day February, 2020

**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave.
Suite 450
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 765-7103 (fax)
Chad@cvhlawgroup.com

By: **/s/ Chad T. Van Horn**
Chad T. Van Horn, Esq.
Florida Bar No. 064500