## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

Case No.:  20-11783-PGH

IN RE: DIANNE P. RAMIAL

     Debtor,

_____/

### NOTICE OF APPEARANCE OF COUNSEL

Marc Brown, Esq. hereby files this appearance as attorney of record for JONATHAN WHITE AS TRUSTEE OF THE JONATHAN WHITE REVOCABLE TRUST U/T/D SEPTEMBER 25, 1992. Please direct all future correspondence, pleadings, etc., to the undersigned.

**/s/Marc Brown, Esq.**
Marc Brown, Esq.
*Attorney for Creditor Jonathan White*
Marc Brown, P.A.
6400 N. Andrews Ave., Suite 510
Fort Lauderdale, FL 33309
Telephone: (954) 566-5678
Fax: (954) 566-4560
E-Mail:  marc@marcbrownpa.com
Florida Bar Number: 30077

I HEREBY CERTIFY that on February 14, 2020, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following to all parties registered to receive such service in the CM/ECF System.

**/s/Marc Brown, Esq.**
Marc Brown, Esq.