

**ORDERED in the Southern District of Florida on March 23, 2020.**

**Paul G. Hyman, Jr.,Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                    CASE NO.: 20-11783-BKC-PGH

**Dianne P. Ramlal,**
                                                          CHAPTER 13
            Debtor.
_____/

### ORDER DENYING MOTION FOR RELIEF FROM STAY (ECF NO. 18) FOR FAILURE TO PROSECUTE

**THIS CASE** came before the Court for hearing on March 19, 2020 at 9:30 a.m. on the Creditor Jonathan White's (the "Creditor") Motion for Relief from Stay (the "Motion"). Neither the Creditor nor Creditor's counsel appeared at the hearing.

As a result, it is **ORDERED** that the Motion is **DENIED** without prejudice for failure to prosecute.

###

Copies Furnished To:

Debtor

Debtor's counsel

Creditor

Creditor's counsel

Trustee

AUST